IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN WELLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ZACHARY RYAN SUMRULD | § | CIVIL ACTION NO. 1:23-cv-20 |
| DIANNA CLAPP | § | |
| CRAIG MENEAR | § | |
| TED DECKER | § | |
| RICHARD MCPHAIL | § | |
| SHERRE MACLIN, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a) – (c), and 1446, Defendants Zachary Ryan Sumruld, Dianna Clapp, Craig Menear, Ted Decker, Richard McPhail, and Sherre Maclin ("Defendants") remove to this Court the action brought by Plaintiff Michael Allen Wells ("Plaintiff"). In support, Defendants state as follows:

### I. BACKGROUND

On or about December 21, 2022, Plaintiff filed his Original Petition ("Petition") against Defendants in the 104th District Court, Taylor County, Case No. 28772-B (the "Lawsuit").

Some Defendants have been served and others have not. This Notice of Removal, together with all process, pleadings, and orders served on Defendants, or otherwise on file in the Lawsuit, are being filed in this Court within 30 days after the initial service of citation on any Defendant. The removal is therefore timely under 28 U.S.C. § 1446(b).

Defendants' Notice of Removal is accompanied by: (1) all executed process and pleadings in the case; and (2) the state court's docket sheet, collectively attached as Exhibit A. Defendants'

Certificate of Interested Persons will be filed separately. A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which the action was filed.

## II.   GROUNDS FOR REMOVAL

This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, as Plaintiff brings a claim under the laws of the United States. Specifically, in his Petition, Plaintiff alleges actions by Defendants that he claims violates 18 U.S. Code § 242 and some kind of federal "Trust" based on an Executive Order of President Trump. *See Plf.'s Petition pp.* 1, 2, 4, 6. Plaintiff also cites to several other federal laws and documents such as "HIPA [*sic*] Act of 1996," the "Declaration of Independence," other federal lawsuits filed by Plaintiff, and holdings of the Supreme Court of the United States. *Id*. at pp. 4-5. Based upon the federal question raised by Plaintiff, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and removal is proper pursuant to 28 U.S.C. §§ 1441(a)-(c).

## III.   CONCLUSION

Removal of this action is proper under 28 U.S.C. § 1441(a)-(c) since it is a civil action brought in a state court. The federal district courts have original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's suit involves questions of federal law. To the extent any state law claim exists, and it does not appear to, the Court may exercise supplemental jurisdiction such claims pursuant to 28 U.S.C. § 1367.

**WHEREFORE,** Defendants Zachary Ryan Sumruld, Dianna Clapp, Craig Menear, Ted Decker, Richard McPhail, and Sherre Maclin gives notice that the action *Michael Allen Wells v. Zachary Ryan Sumruld, Dianna Clapp, Craig Menear, Ted Decker, Richard Mcphail, and Sherre Maclin*, Case No. 28772-B, pending in the 104th Judicial District Court, Taylor County, Texas, is removed to this Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   */s/ Kristin Snyder Higgins*
    KRISTIN SNYDER HIGGINS
    Texas State Bar No. 24046880
    kristin.higgins@ogletree.com
    SHAINA E. HICKS
    Texas State Bar No. Pending
    *(admitted to practice in the N.D. TX)*
    shaina.hicks@ogletree.com

8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800 (Phone)
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A hard copy will be mailed to Plaintiff at 248 Industrial Blvd. #186, Abilene, TX 79605.

    */s/ Kristin Snyder Higgins*
    KRISTIN SNYDER HIGGINS